IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STEPHANIE LUNA, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:14-CV-812-A |
| | § |
| PTS OF AMERICA, LLC D/B/A | § |
| PRISONER TRANSPORTATION OF | § |
| AMERICA, LLC, ET AL., | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

Consistent with the discussion had and rulings made during the telephone conference/hearing with counsel for plaintiff and counsel for defendants on the line, conducted on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted in the above-captioned action by plaintiff, Stephanie Luna, against defendants, PTS of America, LLC d/b/a Prisoner Transportation of America, LLC, Billy Micheal Helms, William Graves, and Byron Parrott, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action is to bear the costs of court and attorney's fees incurred by such party.

SIGNED April 22, 2015.

_____
JOHN McBRYDE
United States District Judge